STATE OF NEW JERSEY v. MARTIN HERNANDEZ.

February 29, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JULIO MARTINEZ.

February 29, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MANUEL PICHARDO.

February 29, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JEFFREY MCKINNEY.

February 29, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES HEIGHT.

February 29, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL WARONEK.

February 29, 1988.

Petition for certification denied.